## UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: UNASSIGNED

| | | |
|---|---|---|
| INSPIRED VENTURES, LLC | x : | Court No. 24-00062 |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT** |
| UNITED STATES, | : : | |
| Defendant. | : : | |
| _____ | x | |

Plaintiff, INSPIRED VENTURES, LLC, by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of Defendant, the United States, and alleges as follows:

### JURISDICTION

1. This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2. On February 9, 2024, through its attorneys, Plaintiff timely filed Protest No. 2704-24-169327 at the Port of Los Angeles, California, contesting the decision by U.S. Customs and Border Protection (CBP) to exclude Entry Nos. AVV-0053438-1 and AVV-0053445-6 containing rubber tires.

3. On March 10, 2024, by operation of law, the protest was deemed denied.

Court No. 24-00062

4. On March 12, 2024, 2024, Plaintiff filed the instant summons.

5. All duties and taxes are paid.

6. The Court's jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's challenge to CBP's decision to exclude the tires and its decision to deny the protest challenging the exclusion decision.

## PARTIES

7. Plaintiff is a Wyoming limited liability corporation and is the consignee, purchaser, and importer of the subject merchandise.

8. Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

9. Plaintiff is the real party in interest and on this basis has standing to bring this action.

10. Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of the exclusions of merchandise from entry by CBP.

## FACTUAL BACKGROUND

11. On November 28, 2023, Plaintiff entered Entry No. AVV-0053438-1 containing rubber tires for consumption. Customs rejected the entry and Plaintiff

Court No. 24-00062

refiled the entry in proper form on January 8, 2024. Customs accepted the entry and released the tires in its system that day.

12. On January 8, 2024, Plaintiff refiled Entry No. AVV-0053445-6 containing rubber tires in proper form for consumption. On January 8, Customs accepted the entry and released the tires in its system the same day.

13. Notwithstanding Customs' decision to accept the entries and release both entries, Customs officers declined to authorize the physical release of the tires to Plaintiff.

14. On February 7, 2024, pursuant to 19 USC §1499 Entry No. AVV-0053445-6 and AVV-0053438-1 were deemed excluded by CBP by operation of law.

15. On February 9, 2024, Plaintiff timely filed Protest No. 2704-24-169327 contesting CBP's deemed exclusion of Entry Nos. AVV-0053438-1 and AVV-0053445-6.

16. On March 10, 2024, 30 days after the protest was filed, Protest No. 2704-24-169327 was deemed denied.

17. On March 12, 2024, Plaintiff filed the instant summons requesting precedence under Rules 3(g)(3) and 7 of the Rules of the Court of International Trade.

Court No. 24-00062

## COUNT I

Incorrect Exclusion Decision

Entry No. AVV-0053438-1

Rubber Tires

18.  Plaintiff repeats and incorporates paragraphs 1-17 by reference, as though fully stated herein.

19.  Although Plaintiff's Entry No. AVV-0053438-1 was filed in proper form and accepted by Customs, it failed to release the freight. By its refusal to release the tires for delivery to Plaintiff, CBP incorrectly and without legal authority excluded the rubber tires.

20.  Because Customs accepted the entry and the importer deposited all duties and taxes, this Court should order CBP to admit and release Plaintiff's rubber tires entered under Entry No. AVV-0053438-1.

## COUNT II

Incorrect Exclusion Decision

Entry No. AVV-0053445-6

Rubber Tires

21.  Plaintiff repeats and incorporates paragraphs 1-17 by reference, as though fully stated herein.

Court No. 24-00062

22. Although Plaintiff's Entry No. AVV-0053438-1 was filed in proper form and accepted by Customs, it failed to release the freight. By its refusal to release the tires for delivery to Plaintiff, CBP incorrectly and without legal authority excluded the rubber tires.

23. Because Customs accepted the entry and the importer deposited all duties and taxes, this Court should order CBP to admit and release Plaintiff's rubber tires entered under Entry No. AVV-0053438-1.

## **RELIEF**

24. WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Enter judgment in its favor; and order the government to immediately admit and release Entry No. AVV-0053438-1; and

(b) Enter judgment in its favor; and order the government to immediately admit and release Entry No. AVV-0053445-6; and

(c) Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Dated: March 13, 2024                    Respectfully submitted,

By:     /s/ Elon A Pollack
       Elon A. Pollack, Esq.
       Stein Shostak Shostak Pollack & O'Hara
       Attorneys for Plaintiff
       865 South Figueroa Street, Suite 1388
       Los Angeles, California 90017

Court No. 24-00062

Telephone: (213) 630-8888  
Fax: (213) 630-8890  
E-Mail: elon@steinshostak.com