UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE LISA W. WANG, JUDGE

|  |  |  |
|---|---|---|
| INSPIRED VENTURES LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Court No. 24-00062 |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

**Declaration of Import Specialist Nancy Cain**

I, Nancy Cain, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. My name is Nancy Cain, and I am an Import Specialist at U.S. Customs and Border Protection's ("CBP") Automotive and Aerospace Center of Excellence and Expertise ("Center" or "CEE"), which oversees commercial trade activity in automotive and aerospace goods.  I have served in this position for seven and a half years.

2. On November 25, 2023, a new importer, Inspired Ventures LLC ("Inspired Ventures"), attempted to import rubber tires from the People's Republic of China ("China") into the United States, and made entry of the tires on November 29, 2023.  The entry numbers assigned to Inspired Ventures' merchandise were Entry Nos. AVV-0053438-1 and AVV-0053445-6.

3. On November 30, 2023, both entries were placed on hold by CBP Officer Cathleen Martinez at the Port of Los Angeles because the entries were at a high potential risk for

tariff evasion due to Inspired Ventures being a new importer and the merchandise being subject to antidumping and countervailing ("AD/CVD") and Section 301 duties.

4. Because the entries were placed on hold, Inspired Ventures was required to present the merchandise for examination by CBP, which it did on December 7, 2023.

5. On December 8, 2023, the merchandise was examined by CBP Officers Quinn Howard (Entry No. AVV-0053438-1) and Slawomir Iwanicki (Entry No. AVV-0053445-6). Both officers determined that the examined merchandise may be in violation of U.S. Department of Transportation ("DOT") regulations concerning tires and provided me with photos of the merchandise.

6. Based on the results of the officers' examinations, on December 11, 2023, I issued a recommendation to the Port of Los Angeles that the tires be detained and that additional photos of the merchandise be taken.

7. The detention notices and custody receipts (CBP Form 6051D) for these entries were issued by the Port on December 13, 2023 (Entry No. AVV-0053438-1) and December 14, 2023 (Entry No. AVV-0053445-6), both of which cite "POSSIBLE DOT ISSUE" as the reason for the detentions, and are included herein as **Attachment A**.

8. On December 11, 2023 and December 20, 2023, I initiated email correspondence regarding Entry No. AVV-0053438-1 and Entry No. AVV-0053445-6, respectively, with the DOT's National Highway Transit Safety Administration ("NHTSA") to ascertain whether the subject tires complied with the applicable regulatory standards. Although I regularly review automotive goods imported into the United States for compliance issues, because the NHTSA is the U.S. Government agency responsible for administering the Federal Motor Vehicle Safety Standards ("FMVSS"), I deferred to their regulatory

expertise to determine whether or not the tires complied with U.S. law and were admissible.

9. On December 21, 2023, I received a response from the NHTSA as to the merchandise contained in both entries, included herein as **Attachment B**. The NHTSA determined that the tires contained in the entries failed to comply with provisions of the FMVSS. In particular, the tires were missing a complete tire identification number ("TIN") (specifically, the date code, which reflects the date of manufacture).

10. Based on the admissibility determinations provided by the NHTSA, I recommended that the Port seize the tires in both entries on December 21, 2023. Because of the domestic value of the merchandise in each entry, the seizure recommendation required approval from CBP Headquarters. Approval to seize Entry No. AVV-0053438-1 was granted on February 16, 2024. On February 22, 2024, CBP seized the merchandise in this entry, and the subsequent custody receipt (CBP Form 6051S) for this entry was issued by the Port on February 27, 2024, included herein as **Attachment C**.

11. Approval to seize Entry No. AVV-0053445-6 was granted on March 25, 2024. However, because approval was received after the litigation concerning the entry was commenced, CBP has not seized the merchandise in the entry, which remains in a detained status.

NANCY L CAIN
Digitally signed by NANCY L CAIN
Date: 2024.05.09 10:33:32 -04'00'
_____
Nancy Cain
Import Specialist
Automotive and Aerospace CEE
U.S. Customs and Border Protection

# ATTACHMENT A

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

No. 2946011

# DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY
Handbook 5200-09

| 1. Held for other agency? [X] Yes [ ] No | Name of Agency: DEPARTMENT OF TRANSPORTATION | | | | | |
|---|---|---|---|---|---|---|
| 2. Certified Mail Number: | | 3. Investigative Case Number: | | 4. General Order Number: | | |
| 5. Exodus Command Center Notified? [ ] Yes [X] No  Date: | | Time: | | 6. Port Code: 2709 | | 7. Date of Detention: 12/14/2023 |
| 8. Time (Use 24 Hours): | 9. Entry Number AVV-00534456 | | 11. Seal or Other ID Number: | | | |
| 10. Detained from: Name: INSPIRED VENTURES LLC Address: 124030CANTRAL AVE STE 354 CHINO CA 91710-2604 USA Telephone Number: 626-986-5515 | | | 12. Misc. Numbers: | | | |
| | | | 13. Remarks: HOLD & CES CAL CARTAGE | | | |
| | | | 14. FPF Number (For CBP Lab Use Only): | | | |
| 15. Point of Contact Information - Send all correspondence to: CBPO IWANICKI Telephone Number:    Fax Number: | | | 16a. Additional Information/Action Request from Importer/Exporter/Subject: PLEASE PROVIDE DETAILED PACKING LIST | | | |
| 17. Reason for Detention: POSSIBLE DOT ISSUE | | | 16b. [ ] Suspected counterfeit marks: Per 19 CFR 133.21, disclosure may be made to the mark owner unless information is provided within 7 business days establishing that the suspect mark is genuine. | | | |
| 18. Tests or Inquiries to be Conducted: | | | | | | |

### 19. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages | | d. Measurement | | e. Est. Dom. Value | f. Samples Sent to the CBP Lab | |
|---|---|---|---|---|---|---|---|---|
| | | Number | Type | Qty. | UM | | Yes or No | Date |
| 001 | TYRES | | PCS | | | $ | Y  N | |
| | | | | | | $ | Y  N | |
| | | | | | | $ | Y  N | |
| | | | | | | $ | Y  N | |

| 20. Detaining Officer Name: IWANICKI Print | SLAWOMA IWANICK  Signature | 12/14/2023 Date |
|---|---|---|

### 21. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

CBP 6051A Continuation Sheet Attached? [ ] Yes [X] No

CBP Form 6051D (12/16)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

No. 2754799

## DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY
Handbook 5200-09

| | |
|---|---|
| 1. Held for other agency? [X] Yes [ ] No | Name of Agency: DEPARTMENT OF TRANSPORTATION |
| 2. Certified Mail Number: | 3. Investigative Case Number: | 4. General Order Number: |
| 5. Exodus Command Center Notified? [ ] Yes [ ] No  Date: ____ Time: ____ | 6. Port Code: 2709 | 7. Date of Detention: 12/13/2023 |
| 8. Time (Use 24 Hours): 1500 | 9. Entry Number: AVV-00534381 | 11. Seal or Other ID Number: |
| 10. Detained from: Name: INSPIRED VENTURES LLC  Address: 12403 CENTRAL AVENUE STE 354 CHINO, CA 91710-2604 UNITED STATES OF AMERICA  Telephone Number: | 12. Misc. Numbers: BOL: ▮▮▮▮  CONT: ▮▮▮▮ 13. Remarks: HELD IN CONTAINER AT CAL CARTAGE  14. FPF Number (For CBP Lab Use Only): |
| 15. Point of Contact Information - Send all correspondence to:  Telephone Number:  Fax Number: | 16a. Additional Information/Action Request from Importer/Exporter/Subject: |
| 17. Reason for Detention: POSSIBLE DOT ISSUE | 16b. [ ] Suspected counterfeit marks: Per 19 CFR 133.21, disclosure may be made to the mark owner unless information is provided within 7 business days establishing that the suspect mark is genuine. |
| 18. Tests or Inquiries to be Conducted: | |

### 19. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurement Qty. | d. Measurement UM | e. Est. Dom. Value | f. Samples Sent to the CBP Lab Yes or No | f. Date |
|---|---|---|---|---|---|---|---|---|
| 001 | TYRES | ▮ | PCS | | | $ | Y [ ] N [X] | |
| | | | | | | $ | Y [X] N [ ] | |
| | | | | | | $ | Y [ ] N [ ] | |
| | | | | | | $ | Y [ ] N [ ] | |

20. Detaining Officer Name: QUINN A HOWARD
Print / Signature          Date: 12/13/2023

### 21. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

Continuation Sheet Attached? [ ] Yes [ ] No

CBP Form 6051D (12/16)

# ATTACHMENT B

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **To:** | CAIN, NANCY L |
| **Cc:** | ▮▮▮▮▮ ; CBPinquiries |
| **Subject:** | NHTSA Response: MaxWind Tires from Shangdong Goldenroad Trading Shpmnt #2 (AVV-00534381) |
| **Date:** | Thursday, December 21, 2023 11:35:17 AM |
| **Attachments:** | image004.png |
| | image001.png |

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

Nancy Cain
Import Specialist
U.S. Customs and Border Protection
Automotive & Aerospace Center of Expertise & Excellence
Detroit Field Office – Enforcement Team CCB

Dear IS Cain:

This is in response to your email of December 11, 2023, and December 20, 2023, regarding MAXWIND tires that were imported into the United States under Entry No. AVV-00534381. You stated that this shipment shows the MID to be ▮▮▮▮▮ out of China. It appears that there is no and/or incorrect DOT markings on the tires, and the TIN information is missing: there is no manufacture date on these tires. You asked whether the importation of the tires is in violation of the statutes and regulations, the National Highway Traffic Safety Administration (NHTSA) administers. You submitted images of a tire that are representative of the tires in this shipment.

By way of background, NHTSA is the agency responsible for improving safety on our Nation's highways. To achieve this goal, NHTSA develops and enforces the Federal Motor Vehicle Safety Standards (FMVSS), which require minimum levels of safety performance for motor vehicles and equipment. As part of our enforcement program, we monitor motor vehicles and motor vehicle equipment being imported into the United States to ensure that they comply with all applicable FMVSS. Under 49 U.S.C. § 30112(a)(1), a person may not permanently import into the United States a motor vehicle or motor vehicle equipment item manufactured on or after the date that an applicable FMVSS takes effect unless the vehicle or equipment complies with the FMVSS.

1. Marking/Labeling Requirements

Table 1 identifies the marking requirements for the tires in question, whether the marking requirements are required for one or both sidewalls, and whether NHTSA can determine from the photographs that the marking requirements meet the standard and are so certified by the tires' original manufacturer.

**Table 1**

| FMVSS Tire Marking/Labeling Requirements | Markings Required on One or Both Sidewalls | MAXWIND 295/75R22.5 |
|---|---|---|
| The DOT Symbol, which is the manufacturer's certification of compliance with FMVSS No. 119/139 | One Sidewall | Visible |
| Tire Size Designation | Both Sidewalls | Visible |
| Maximum Permissible Inflation Pressure | Both Sidewalls | Visible |
| Maximum Load Rating | Both Sidewalls | Visible |
| Speed Restriction of tire (if applicable) | Both Sidewall | N/A |
| Number of Plies | Both Sidewall | Visible |
| Ply Cord Material | Both Sidewall | Visible |
| The words "Tubeless" or "Tubetype" as applicable | Both Sidewall | Visible |
| The word "Regroovable", if the tire is designed for regrooving | Both Sidewall | Visible |
| The word "Radial" if a radial tire | Both Sidewall | Visible |
| The letter designating the tire load range | Both Sidewall | Visible |
| TIN per 574.5 (at least one sidewall) | One Sidewall | Not Visible |

Based on the images that are representative of the shipment in Table 1, the tire appears to be missing the full tire identification number (TIN) required by FMVSS. Based on the foregoing, the tires <u>are not compliant with NHTSA marking requirements</u>.

2. TIN content Requirements

Pursuant to 49 CFR 574.5 Tire identification requirements, (g) Old TIN content requirement. (Read in part) "The following requirements are applicable to tire manufacturers who were previously assigned two-symbol plant codes by NHTSA and to retreaders." (4) Fourth grouping. (Read in part) "The date code, consisting of four numerical symbols, is the final group."

Based on the images that were representative of the shipment of tires, no date code is found on the images that were representative of the tires. The tires <u>are not compliant with NHTSA Tire identification requirements</u>.

3. Equipment and Manufacturer requirements

NHTSA's regulations in 49 CFR 566 requires that each manufacturer of a motor vehicle (other than a replica motor vehicle), and each manufacturer of covered equipment, shall furnish the required information to NHTSA.

NHTSA's regulations in 49 CFR 551, Subpart D, stipulate that foreign manufacturers, assemblers, and importers of motor vehicles and motor vehicle equipment must designate an agent within the United States on whom service of administrative or judicial notices or processes may be made. Section 551.46 reads (in part) "(a) All foreign manufacturers, assemblers, and importers of motor vehicles or motor vehicle equipment (hereafter referred to as "foreign manufacturers") must comply with this subpart before offering a motor vehicle or item of motor vehicle equipment for importation into the United States. (b) Unless and until a foreign manufacturer appoints an agent under the requirements of this subpart, it may not import motor vehicles or motor vehicle equipment into the United States."

Based on the images that were representative of the shipment, the tire is made in China. The plant code BN which appears on the tire is assigned to ███████████████, with an address at Shandong, China. However, the Equipment Plant (███████████████████████) <u>profile information under the code BN is incomplete</u>.



NHTSA manufacturer databases were researched ███████████████████████████ ███████. It was determined that the manufacturer is registered with NHTSA as manufacturer under 49 CFR 566 and does have a designated agent for the service of process under 49 CFR 551, Subpart D.

The shipment of these tires <u>does not meet</u> NHTSA requirements. NHTSA advises the manufacturer to update the equipment plant information to comply with NHTSA regulations.

To update the plant information, the manufacturer would need to do that through the online portal to update their tire equipment information: http://vpic.nhtsa.dot.gov/mfrportal/

4. MID is ███████████████████



49 U.S.C. § 30112(a) is a law that relates to safety. NHTSA understands that the shipment of tires may be seized by CBP who has reasonable cause to believe that any law or regulation enforced by CBP has been violated. NHTSA is of the opinion that CBP may seize or deny entry of the shipment of tires, and NHTSA would not be opposed to such an action.

| | |
|---|---|
| **From:** | |
| **To:** | CAIN, NANCY L |
| **Cc:** | ; CBPinquiries |
| **Subject:** | NHTSA Response: MaxWind Tires from Shangdong Goldenroad Trading with shipment under AVV-00534456 |
| **Date:** | Thursday, December 21, 2023 4:06:38 PM |
| **Attachments:** | image004.png |
| | image001.png |

Nancy Cain
Import Specialist
U.S. Customs and Border Protection
Automotive & Aerospace Center of Expertise & Excellence
Detroit Field Office – Enforcement Team CCB

Dear IS Cain:

This is in response to your email of December 20, 2023, regarding MAXWIND tires that were imported into the United States under Entry No. AVV-00534456. You stated that TIN information is missing, there is no manufacture date on these tires. You asked whether the importation of the tires is in violation of the statutes and regulations, the National Highway Traffic Safety Administration (NHTSA) administers. You submitted images of a tire that are representative of the tires in this shipment.

By way of background, NHTSA is the agency responsible for improving safety on our Nation's highways. To achieve this goal, NHTSA develops and enforces the Federal Motor Vehicle Safety Standards (FMVSS), which require minimum levels of safety performance for motor vehicles and equipment. As part of our enforcement program, we monitor motor vehicles and motor vehicle equipment being imported into the United States to ensure that they comply with all applicable FMVSS. Under 49 U.S.C. § 30112(a)(1), a person may not permanently import into the United States a motor vehicle or motor vehicle equipment item manufactured on or after the date that an applicable FMVSS takes effect unless the vehicle or equipment complies with the FMVSS.

1. Marking/Labeling Requirements

Table 1 identifies the marking requirements for the tires in question, whether the marking requirements are required for one or both sidewalls, and whether NHTSA can determine from the photographs that the marking requirements meet the standard and are so certified by the tires' original manufacturer.

**Table 1**

| FMVSS Tire Marking/Labeling Requirements | Markings Required on One or Both Sidewalls | MAXWIND 11R22.5 |
|---|---|---|
| The DOT Symbol, which is the manufacturer's certification of compliance with FMVSS No. 119/139 | One Sidewall | Visible |
| Tire Size Designation | Both Sidewalls | Visible |
| Maximum Permissible Inflation Pressure | Both Sidewalls | Visible |
| Maximum Load Rating | Both Sidewalls | Visible |
| Speed Restriction of tire (if applicable) | Both Sidewall | N/A |
| Number of Plies | Both Sidewall | Visible |
| Ply Cord Material | Both Sidewall | Visible |
| The words "Tubeless" or "Tubetype" as applicable | Both Sidewall | Visible |
| The word "Regroovable", if the tire is designed for regrooving | Both Sidewall | Visible |
| The word "Radial" if a radial tire | Both Sidewall | Visible |
| The letter designating the tire load range | Both Sidewall | Visible |
| TIN per 574.5 (at least one sidewall) | One Sidewall | Not Visible |

Based on the images that are representative of the shipment in Table 1, the tire appears to be missing the full tire identification number (TIN) required by FMVSS. Based on the foregoing, the tires <u>are not compliant with NHTSA marking requirements</u>.

2. TIN content Requirements

Pursuant to 49 CFR 574.5 Tire identification requirements, (g) Old TIN content requirement. (Read in part) "The following requirements are applicable to tire manufacturers who were previously assigned two-symbol plant codes by NHTSA and to retreaders." (4) Fourth grouping. (Read in part) "The date code, consisting of four numerical symbols, is the final group."

Based on the images that were representative of the shipment of tires under Entry No. AVV-00534456, no date code is found on the images that were representative of the tires. The tires are not compliant with NHTSA Tire identification requirements.

3. Equipment and Manufacturer requirements

NHTSA's regulations in 49 CFR 566 requires that each manufacturer of a motor vehicle (other than a replica motor vehicle), and each manufacturer of covered equipment, shall furnish the required information to NHTSA.

NHTSA's regulations in 49 CFR 551, Subpart D, stipulate that foreign manufacturers, assemblers, and importers of motor vehicles and motor vehicle equipment must designate an agent within the United States on whom service of administrative or judicial notices or processes may be made. Section 551.46 reads (in part) "(a) All foreign manufacturers, assemblers, and importers of motor vehicles or motor vehicle equipment (hereafter referred to as "foreign manufacturers") must comply with this subpart before offering a motor vehicle or item of motor vehicle equipment for importation into the United States. (b) Unless and until a foreign manufacturer appoints an agent under the requirements of this subpart, it may not import motor vehicles or motor vehicle equipment into the United States."

Based on the images that were representative of the shipment, the tire is made in China. The plant code BN which appears on the tire is assigned to , with an address at Shandong, China. However, the Equipment Plant ( ) profile information under the code BN is incomplete.

NHTSA manufacturer databases were researched . It was determined that the manufacturer is registered with NHTSA as manufacturer under 49 CFR 566 and does have a designated agent for the service of process under 49 CFR 551, Subpart D.

The shipment of these tires does not meet NHTSA requirements. NHTSA advises the manufacturer to update the equipment plant information to comply with NHTSA regulations.

To update the plant information, the manufacturer would need to do that through the online portal to update their tire equipment information: http://vpic.nhtsa.dot.gov/mfrportal/

4. MID is 

49 U.S.C. § 30112(a) is a law that relates to safety. NHTSA understands that the shipment of tires may be seized by CBP who has reasonable cause to believe that any law or regulation enforced by CBP has been violated. NHTSA is of the opinion that CBP may seize or deny entry of the shipment of tires, and NHTSA would not be opposed to such an action.

If my understanding of the above facts and circumstances is incorrect, please notify me at your earliest convenience.  I hope this is helpful.

Sincerely,

████

Import and Certification Division
Office of Vehicle Safety Compliance
National Highway Traffic Safety Administration
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC  20590

# ATTACHMENT C

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2024270400034201 GP Group 1

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2024270400034201 | 2. Incident No. 2024SZ0042537 | | | |
|---|---|---|---|---|
| 3. Investigative Case No. | 4. EID Event Number | | | |
| 5. Prior Detention? Yes ☒ No ☐ If yes, DHS 6051D No. 2754799 | 6. Date Seized (mm/dd/yyyy) 02/22/2024 | 7. Time Seized (Use 24 Hrs) 08:16 | 8. FDIN/Misc. | |
| 9. Seized From: Name: INSPIRED VENTURES Address: 12403 CENTRAL AVENUE, 354 CHINO, CA, 91710, US Telephone No. | 10. Entry No. AVV00534381 | 11. Seal or Other ID Nos. | | |
| | 12. Remarks: @ cal cartage SM CU 1207230 | | | |
| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 301 E OCEAN BLVD, STE 900, LONG BEACH, CA, 90802, TEL. No. 5623665400 | | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | TIRES | ■ | EA | ■ | EA | $ ■ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**

HOWARD, Q       X [signature]       2/27/2024

Print Name       Signature       Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)