UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

_____

INSPIRED VENTURES LLC,                    :

                                          :

              Plaintiff,                  :

                                          :

                      v.                  :

                                          :        Court No. 24-00062

UNITED STATES,                            :

                                          :

              Defendant.                  :

_____:

## **ORDER**

Upon consideration of the parties' Joint Status Report and other papers and proceedings

had herein, it is hereby

**ORDERED** that the parties file a Joint Status Report by March 20, 2025.


                                    _____

                                                    Judge

Dated: _____
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | | |
|---|---|---|
| _____ | : | |
| INSPIRED VENTURES LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Court No. 24-00062 |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in accordance with the Court's

January 28, 2025 Order.  ECF No. 21.

As recounted in our previous joint status reports, ECF Nos. 18 and 20, the parties have

worked to narrow the issues in dispute and have discussed potential options to resolve this matter

without further litigation.  Specifically, on January 22, 2025, plaintiff submitted to defendant,

United States (the Government), a letter proposing to resolve this action, which included certain

documents and photos in support of its position.  Upon reviewing and analyzing plaintiff's letter

and supporting documents, on February 11, 2025, defendant conveyed to plaintiff a proposal to

conclude this litigation.  After discussing and clarifying certain considerations regarding the

proposal, on February 19, 2025, defendant proposed to plaintiff an additional option to conclude

this litigation.  At present, plaintiff is considering the options—both of which would resolve this

action without further litigation.

So that the parties may continue their efforts to resolve this action without further

litigation, the parties respectfully propose filing an additional Joint Status Report on or before

March 20, 2025, if this matter has not already been concluded by then, and staying the filing of a

Proposed Scheduling Order at this time.  If, however, the parties are unable to agree to a

resolution of this matter by March 20, 2025, the parties will submit a Joint Status Report, and if

appropriate, a Proposed Scheduling Order, at that time.

      Should the Court require anything further from the parties at this time, we stand ready to

provide such.

Respectfully submitted,

By:    /s/ Elon A. Pollack
        Elon A. Pollack
        Stein Shostak Shostak Pollack & O'Hara
        865 S. Figueroa St., Suite 1388
        Los Angeles, CA 90017
        Phone (213) 630-8888
        Attorneys for Plaintiff

        YAAKOV M. ROTH
        Acting Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Alexander Vanderweide
        ALEXANDER VANDERWEIDE
        Senior Trial Counsel

Of Counsel:        /s/ Nico Gurian
ZACHARY SIMMONS        NICO GURIAN
Office of the Assistant Chief Counsel        Trial Attorney
International Trade Litigation        International Trade Field Office
U.S. Customs and Border Protection        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278

2

(212) 264-0482
Attorneys for Defendant

February 27, 2025