Form M-2-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM M-2 |
|---|---|

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | Court No.: 24-00062 |

## REPORT OF MEDIATION

That pursuant to the Order of Referral dated __May 19, 2025__ in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on __October 9, 2025__;

___ The mediation resulted in a settlement of all issues;

___ The mediation resulted in a partial settlement;

_X_ The mediation did not result in a settlement;

/s/ Claire R. Kelly
_____
(Name)
Judge Mediator

DATED:   October 9, 2025
         New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)